JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAMPAL SINGH NAKAI,<br><br>Petitioner,<br><br>v.<br><br>PERSONAL PROBATION OFFICER and MATTHEW CATE, Director,<br><br>Respondents. | Case No. ED CV 11-1139-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: February 6, 2012

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE